**Appeal Dismissed and Memorandum Opinion filed May 3, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00112-CV

---

## LINDA A. STEWART; JOHN GARRETH STEWART, GUARDIAN OF THE PERSON OF THE WARD, LINDA ANNETTE STEWART AND LEE STEWART, GUARDIAN OF THE ESTATE OF THE WARD, LINDA ANNETTE STEWART, Appellant

### V.

## BONBROOK PLANTATION COMMUNITY ASSOCIATION, INC., Appellee

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-273574**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed January 19, 2022. The notice of appeal was filed February 18, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees

in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On April 5, 2022, this court ordered appellant to pay the appellate filing fee on or before April 15, 2022, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jewell, Zimmerer and Hassan.